No. 152. ROBERTS, ADMINISTRATRIX, ET AL. *v.* UNITED FISHERIES VESSELS CO. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. MR. JUSTICE BLACK is of opinion that certiorari should be granted. *Mr. H. S. Avery* for petitioners. *Mr. Albert T. Gould* for respondent.

No. 291. HERRON *v.* STATE BAR OF CALIFORNIA. October 16, 1944. Petition for writ of certiorari to the Supreme Court of California denied for failure to comply with the rules.

No. 117. PARISI *v.* NEW YORK. October 16, 1944. Petition for writ of certiorari to the Court of General Sessions of New York County, New York, denied for the reason that the case is moot.

No. 324. AVANCE *v.* THOMPSON, TRUSTEE. October 16, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied for want of a final judgment. *Mr. William H. De Parcq* for petitioner. *Messrs. Josiah Whitnel* and *T. T. Railey* for respondent.

No. 392. PARKE, AUSTIN & LIPSCOMB, INC. ET AL. *v.* FEDERAL TRADE COMMISSION. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Mr. William A. Hines* for petitioners. *Solicitor*

*General Fahy, Assistant Attorney General Berge,* and *Messrs. Charles H. Weston, W. T. Kelley,* and *Jos. J. Smith, Jr.* for respondent.

No. 136. STONEBREAKER *v.* SMYTH, SUPERINTENDENT. October 16, 1944. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. William Alfred Hall, Jr.* for petitioner. *Messrs. Abram P. Staples,* Attorney General of Virginia, and *M. Ray Doubles,* Assistant Attorney General, for respondent.

No. 178. COUCHOIS *v.* UNITED STATES. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Osmond K. Fraenkel* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *W. Marvin Smith* for the United States.

No. 339. WOODWARD *v.* RAGEN, WARDEN. October 16, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 341. NEELY *v.* UNITED STATES. October 16, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Neil Burkinshaw* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Miss Beatrice Rosenberg* for the United States. Reported below: 144 F. 2d 519.